UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

USA
PLAINTIFF

VS.

CASE NO. 00mj-00607-DAR-1

Nichole Thomas
DEFENDANT(S)

## MOTION

I am requesting that this case be expunduged due to the nature of it being old and I have not been in any criminal activity within the past 30 years. Hopefully it will help with me finding employment and to help better my future

Ms. Nichole Thomas
Signature

[redacted]

RECEIVED

OCT 07 2026

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Rev: 8/8/2024
*Use additional pages as needed